No. 649, Misc. COLEMAN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 666, Misc. ESPARZA *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 671, Misc. MARTINEZ *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied. *Allan G. Shepard,* Attorney General of Idaho, and *William D. Collins,* Assistant Attorney General, for respondent.

No. 677, Misc. BRINSON *v.* COMSTOCK, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 681, Misc. PEREZ *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Robert N. McAllister, Jr.,* for respondent.

No. 687, Misc. POLLARD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 693, Misc. TURNER *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 696, Misc. ODES *v.* CIVIL SERVICE COMMISSION OF THE CITY OF CHICAGO ET AL. Sup. Ct. Ill. Certiorari denied.

No. 698, Misc. JOHNSON *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied.